RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 19 2015

Abel Acosta, Clerk

James Ferrow # 1503325
Ruben Torres Unit
125 Private Rd # 4303
Honda TX 78861

34,137-03

To whom This may concern:

A while back 27TH STATE DISTRICT COURT of Bell county, Belton TX, Judge Trudo Chambers indicated that they No longer has Jurisdiction over my case, After I Filed a "NUNC PRO TUNC" that they parly corrected, Being I Stood Trial for Burglary of Habitation with intent to commit Assault, But the verdict of the Jury Stated: Burglary of Habitation with a deadly weapon, In which Theres No Texas Penial code For such Finding of Guilted, Also on the finding of deadly weapon YES' NOT A FIREARM on ASSAULT Not Aggravated Assault

However, concerning The "NUNC PRO TUNC" I Filed in the 27TH STATE DISTRICT of Bell County, TX, Judge TRUDO chambers, ASSISTANT DISTRICT ATTORney Sean K. PROCTOR 27TH Judicial DISTRICT, wrote me saying even though, the TITLE WAS CORRECTED AN AFFIRMATIVE deadly weapon finding will Always Remain and cannot be changed by the court because the Jury Found that the weapon WAS USE and NOT the court

Therefore, my questions are, It was a Jury Trial, So how can The Trial court cannot Change the AFFIRMATIVE finding then It cannot corrected the "TITLE" Because the Jury Found the Finding of Guilted on the whole Trial. Secondly, It Seem that the Jury was improperly ascribed along with Ineffective Assistance of counsel, Invalid Defective Indictment malicious Prosecution So I'v enclosed a Few copies of some legal Papers in hope to find out who has Jurisdiction and the next step to take.....

Any Assistance in This matter will be thankful

Sincerely
Mr. Ferrow James



# SHELIA F. NORMAN
## District Clerk
### BELL COUNTY, TEXAS

This document contains some pages that are of poor quality at the time of imaging.

**BELL COUNTY JUSTICE COMPLEX**

1201 Huey Road • P. O. Box 909 • Belton, Texas 76513 • (254) 933-5197 • Fax (254) 933-5199 • Shelia.Norman@co.bell.tx.us

September 15, 2008

James Ferrow #1503325
125 Privated Rd. 4303
Honda, TX 78861

Dear Mr. Ferrow,

There is not an affidavit for arrest on your case #62436, because you went straight to be indicted so there is not a complaint or arrest affidavit. Case # 44381 is final, you received 40 years TDC on 4/24/95. As for the questing involving the charge on the appeal case you need to discuss it with your attorney. We do not have an attorney on staff to answer any legal questions.

Sincerely,

C. Warren
Criminal Deputy Clerk



| THE STATE OF TEXAS | § | IN THE 27TH DISTRICT |
|---|---|---|
| **V.** | § § | **COURT** |
| **JAMES DAVID FERROW, JR.** | § § | **BELL COUNTY, TEXAS** |
| STATE ID No.: TX04221052 | § § | |

# JUDGMENT OF CONVICTION BY JURY

| Judge Presiding: | HON. **MARTHA J. TRUDO** | Date Judgment Entered: | **4/23/2008** |
|---|---|---|---|
| Attorney for State: | **MURFF BLEDSOE** | Attorney for Defendant: | **STEVE LEE** |

| Offense for which Defendant Convicted: |
|---|
| **BURGLARY OF A HABITATION WITH A DEADLY WEAPON** |

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **30.02 Penal Code** |

| Date of Offense: |
|---|
| **10/22/2006** |

| Degree of Offense: | Plea to Offense: |
|---|---|
| **1ST DEGREE FELONY (HABITUAL OFFENDER)** | **NOT GUILTY** |

| Verdict of Jury: | Findings on Deadly Weapon: |
|---|---|
| **GUILTY** | **YES, NOT A FIREARM** |

| Plea to 1st Enhancement Paragraph: | **TRUE** | Plea to 2nd Enhancement/Habitual Paragraph: | **TRUE** |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | **TRUE** | Findings on 2nd Enhancement/Habitual Paragraph: | **TRUE** |

| Punished Assessed by: | Date Sentence Imposed: | Date Sentence to Commence: |
|---|---|---|
| **JURY** | **4/23/2008** | **4/23/2008** |

| Punishment and Place of Confinement: | **THIRTY-FIVE (35) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

**THIS SENTENCE SHALL RUN** **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| **$ N/A** | **$ 258.00/ $3027.50 Attorney Fees** | **$ N/A** | ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was **N/A** .

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| | From 5/27/2007 to 4/23/2008 |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **N/A DAYS** **NOTES: N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **Bell County, Texas.** The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.





CASE NO. **62436** COUNT Single

INCIDENT NO./TRN: 0101769520

| | | | |
|---|---|---|---|
| THE STATE OF TEXAS | § | IN THE 27TH DISTRICT | |
| | § | | |
| V. | § | COURT | |
| | § | | |
| JAMES DAVID FERROW, JR. | § | BELL COUNTY, TEXAS | |
| | § | | |
| STATE ID NO.: TX04221052 | § | | |

# NUNC PRO TUNC
## JUDGMENT OF CONVICTION BY JURY

| Judge Presiding: | HON. **MARTHA J. TRUDO** | Date Judgment Entered: | **4/23/2008** |
|---|---|---|---|
| Attorney for State: | **MURFF BLEDSOE** | Attorney for Defendant: | **STEVE LEE** |

Offense for which Defendant Convicted:
**BURGLARY OF A HABITATION WITH INTENT TO COMMIT ASSAULT**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **30.02 Penal Code** |

Date of Offense:
**10/22/2006**

| Degree of Offense: | Plea to Offense: |
|---|---|
| **1ST DEGREE FELONY** (HABITUAL OFFENDER) | **NOT GUILTY** |
| Verdict of Jury: | Findings on Deadly Weapon: |
| **GUILTY** | **YES, NOT A FIREARM** |

| Plea to 1st Enhancement Paragraph: | **TRUE** | Plea to 2nd Enhancement/Habitual Paragraph: | **TRUE** |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | **TRUE** | Findings on 2nd Enhancement/Habitual Paragraph: | **TRUE** |

| Punished Assessed by: | Date Sentence Imposed: | Date Sentence to Commence: |
|---|---|---|
| **JURY** | **4/23/2008** | **4/23/2008** |

| Punishment and Place of Confinement: | **THIRTY-FIVE (35) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ N/A | $ 258.00/ $3027.50 Attorney Fees | $ N/A | ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was **N/A** .

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. From **5/27/2007** to **4/23/2008** |
|---|---|
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. **N/A DAYS**   NOTES: N/A |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Bell County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

## VERDICT OF THE JURY

We, the Jury, find beyond a reasonable doubt that the Defendant, **James David Ferrow, Jr.**, is guilty of the offense of Burglary of a Habitation as charged in the indictment.

<u>(Name sealed by order of the court)</u>
Foreman

## VERDICT FORMS

We, the Jury, having found the defendant guilty of Burglary of a Habitation, find beyond a reasonable doubt that the defendant used or exhibited a deadly weapon during the commission of or in immediate flight from the offense of which we found the defendant guilty.

<u>(Name sealed by order of the court)</u>
Foreman

## Punishment Assessed by Jury / Court / No election (select one)

☒ **Jury.** Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

## VERDICT OF THE JURY

We, the Jury, having found the Defendant, **JAMES DAVID FERROW, JR.**, guilty of the offense of Burglary of a Habitation With a Deadly Weapon a alleged in the indictment, do further find True that the Defendant is the same person who, prior to the commission of that offense had been convicted of the felony offense Possession of Cocaine with Intent to Deliver Over 28 grams, as alleged in the Second Paragraph of the indictment, and we further find True that the Defendant, prior to the offenses alleged in the First and Second Paragraphs is the same person convicted of the felony offense of Delivery of a Controlled Substance, as alleged in the Third Paragraph of the indictment, and we do further find, and we assess his punishment at confinement in the Texas Department of Criminal Justice – Institutional Division for a period of : 35 years .

<u>(Name sealed by order of the court)</u>
Foreman

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

## Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Office of the Bell County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Bell County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Bell** County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Office of the Bell County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court ORDERS Defendant to proceed immediately to the Office of the Bell County **District Clerk.** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

## Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Furthermore, the following special findings or orders apply:**

DEFENDANT ORDERED BY COURT TO PAY COURT COSTS, AND ATTORNEY FEES UPON RELEASE FROM INCARCERATION.

Signed and entered on April _____ 7 _____, 2010.

X _____
MARTHA J. TRUDO
JUDGE PRESIDING

Clerk: sb



FILED
2010 APR -8 PM 12: 18
SHELIA NORMAN
DISTRICT COURT
BELL COUNTY, TX
BY_____ DEPUTY

James David Ferrow, Jr., 62436

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE & CORRECT COPY
OF THE ORIGINAL ON FILE

SEP 1 5 2010


SHELIA F. NORMAN
DISTRICT CLERK, BELL CO., TX
BY _____ DEPUTY

Right Thumbprint